UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **21-60037-CR-CANNON**

**UNITED STATES OF AMERICA**

vs.

**CHRISTOPHER TAVORRIS WILKINS,**

                              **Defendant.**
_____/

**UNITED STATES OF AMERICA'S WITNESS LIST**

The United States of America hereby submits its list of witnesses, reserving the right to call all or some of the listed witnesses. The United States makes no representation regarding whether it has subpoenaed any particular witness for trial and reserves the right to call witnesses not listed.

1. John McMillan (AUSA)
2. Sara Connors (ATF)
3. Dana Staples (USMS)
4. Sabrina Livingston (USMS)
5. ToniAnn Jacoby
6. Vernon Chipman (USMS)

[INTENTIONALLY LEFT BLANK]

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: _____
AJAY J. ALEXANDER
Assistant United States Attorney
Court ID No. A5502506
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
(954) 660-5778 (telephone)
(786) 385-4604
ajay.alexander@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 20, 2021, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

_____
AJAY J. ALEXANDER
Assistant United States Attorney